**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 15-cv-02237-REB-GPG

UNITED STATES OF AMERICA,

    Plaintiff,

v.

$40,000.00 IN UNITED STATES CURRENCY,

    Defendant.

## FINAL ORDER OF FORFEITURE

**Blackburn, J.**

    The matter is before me on the **United States' Motion for Final Order of Forfeiture** [#16],[1] filed April 4, 2016.  The court having reviewed said motion finds:

    1.  That the United States commenced this civil forfeiture action, pursuant to 21 U.S.C. § 881 (*see* **Verified Complaint** [#1], filed October 9, 2015);

    2.  That the facts and verifications set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the defendant asset;

    3.  That all known interested parties have been provided an opportunity to respond and that publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions (*see* **Notice of Complaint for Forfeiture** [#5], filed October 13, 2015; **Notice of Publication**

---

[1] "[#16]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

[#9], filed January 5, 2016);

    4. That the United States and Claimant Steven Bertucci, Jr., have reached a settlement resolving Claimant Bertucci's interest and all issues in dispute as to the defendant asset, as follows:

        a. That $34,000.00 of defendant $40,000.00 in United States Currency shall be forfeited to the United States; and

        b. That $6,000.00 of defendant $40,000.00 in United States Currency shall be returned to Claimant Steven Bertucci, Jr.; and

    5. That no other claims to the defendant asset have been filed.

**THEREFORE, IT IS ORDERED** as follows:

    1. That the **United States' Motion for Final Order of Forfeiture** [#16], filed April 4, 2016, is granted;

    2. That the United States shall have full and legal title to the $34,000.00 in United States Currency, and may dispose of it in accordance with law and in accordance with the terms and provisions of the parties' Settlement Agreement;

    3. That the clerk of the court is directed to enter Judgment; and

    4. That a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the $34,000.00 in United States Currency, pursuant to 28 U.S.C. § 2465.

    Dated April 5, 2016, at Denver, Colorado.

                                      **BY THE COURT:**

                                      Robert E. Blackburn
                                      United States District Judge